**DAVID A. MERCHANT, II**
**Assistant Federal Defender**
**Federal Defenders of Montana**
**Billings Branch Office**
**P.O. Box 1778**
**Billings, Montana 59103-1778**
**Phone: (406) 259-2459**
**Attorneys for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>BASIL PETER HERBST,<br>            Defendant. | Case No. CR-07-103-BLG-JDS<br><br>**MOTION TO CHANGE PLEA**<br>**WITHOUT PLEA AGREEMENT** |

**COMES NOW** Defendant BASIL PETER HERBST, by and through Defendant's

counsel of record, the FEDERAL DEFENDERS OF MONTANA and DAVID A. MERCHANT,

II, Assistant Federal Defender, and hereby gives Notice that Mr. Herbst intends to plead guilty to

counts; I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVII, XXI,

XXII, XXIII as well as admit to the Forfeiture Allegation.

Mr. Herbst continues his not guilty pleas on counts XVIII, XIX and XX.

**RESPECTFULLY SUBMITTED** this 15th day of February, 2008.

1

/s/David A. Merchant II
DAVID A. MERCHANT, II
Assistant Federal Defender
Federal Defenders of Montana
Billings, Montana 59103
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on February 15, 2008, a copy of the foregoing document was served on the following persons by the following means:

__1,2__  CM-ECF

_____  Hand Delivery

__3__  Mail

_____  Overnight Delivery Service

_____  Fax

_____  E-Mail

1.      CLERK, UNITED STATES DISTRICT COURT


2.      MARCIA HURD
        Assistant U.S. Attorney

3.      BASIL HERBST
        Basin County Detention Facility


                                    /s/ David A. Merchant, II
                                    DAVID A. MERCHANT, II
                                    Assistant Federal Defender
                                    Federal Defenders of Montana
                                    Billings, Montana 59103
                                    Counsel for Defendant