

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

RECEIVED
MAR 3 1 2014
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 07-103-BLG-DWM |
| Plaintiff. | |
| vs | |
| Basil Peter Herbst, | |
| Defendant. | |

To the Clerk of the Court,

    Comes now the defendant, Basil Peter Herbst, replying back to request from Court with information that was requested.

    Under the Bias Opinion, the arresting officer in my case that's before this court, was my Lieutenant with the Montana Army National Guard.

    This arrest was and is biased in different ways, which can be proved by both myself as well as the Lieutenant who made the arrest. This Lieutenant had access to my personal files, who knew what type of person I was after I joined the Army National Guard and after I was under this Lieutenants command.

    This Lieutenant had knowledge of my background of where I came from, who I was, and what was expected of me when I was stationed with the Army National Guard in Billings Montana.

    I truly beleive that this bias opinion had a lot to do with the time that I had received when I went to court, and this bias opinion, by my Lieutenant, the arresting officer, should not have been used within this court.

As for information pertaining to the web-sites, the Merchant in my case informed me that I was trading indecent photos with a person that was in Great Falls Montana. I asked the Merchant for log-on names, log-on times, and names of sites. The Merchant said not to worry about this until sentencing. The Merchant then also stated that there was some adult websites on the laptop, but refused to give any further information pertaining to this matter.

While being housed in Basin Wyoming, the Merchant told me that I should write to the nearest Veterans Administration and request paperwork for housing and treatment after I would be released.

I did write to the Veterans Administration in Sheridan Wyoming, and they sent me paperwork on the matter that I had requested.

Because the Merchant said that I would be looking at about 18 months in Oxford Wisconsin, where I could get the treatment I needed. Also, the Merchant told me that there was a good Culinary Art School there that I could attend while there.

I had submitted the requested paperwork and then received a letter from Mr. John Slaughter. Mr. Slaughter stated that 90 days from being released to contact his office and they would have a place for me. When I told and showed the Merchant the paperwork that I had requested, he went the deep end and told me several things such as: I was the favorite of the month, that I would have been better off killing someone and getting 12 years. He also told me to talk to a guy who was charged with a sex crime who was a sex offender who abused an 18 month old child.

I am still currently in the process of contacting Mr. Slaughter at the Veterans Administration to obtain the paperwork he sent to me about housing and treatment.

Information pertaining to the web-sites, the Merchant informed me that I was trading indecent photos with a person that was in Great Falls Montana. I asked the Merchant for log-on names, log-on times, and and the names of the sites that were used. The Merchant said not to worry about this until sentencing. The Merchant then also stated that there was some adult websites on the laptop. I have still yet to receive any information pertaining to the request I made to the Merchant. The Merchant did not verbally or physically give me any information on this matter.

Information pertaining to the Breaking and Entering, the information in my P.S.I. states that I had broken into Vera Hulits' house one evening and had sex with her 17 year old neice. This occurence never took place. Ms. Hulits was on medication at the time, as well as giving 3 of her 4 children medication every night.

I rememebr staying with Ms. hulit for approximately 18 months during our sexual relationship. I also remember during my stay at Ms. Hulits, she was awake most of the night checking on the children, windows, and doors to make sure everything was o.k. and secure. Information in the P.S.I. that was stated by "KCK" (Krystal), said that she saw a photo of an Indian boy that was 10 years old and nude. This type of information was never brought up at my sentencing but it is within the P.S.I. I would also like to k now what type of medicines Ms. Hulit and "KCK" (Krystal) were taking at the time and are taking currently. What milograms per dose, how often is/was the dosage for, and what length of time they were taking these medicines.

Please find enclosed a copy of the letter I sent to the Merchant dated on September 14, 2013. I have not received any response to this letter as of this mailing.

Please also find enclosed a Certificate of Service to accompany this information.

I have asked the Prison to give me a chance to look over my P.S.I. so that I could obtain any further information that I may need for this court so that I can better supply information and be better informed of what was written within the P.S.I. This request to the prison has not happened as of yet.

If the court needs further information pertaining to this matter, I ask the court to grant time to obtain said information from BOP so I can supply the court with requested information.

I ask the court's permission to grant any time-barred sensitive material that may be needed for this case.

I also ask the court to grant the excuse of any typos, errors, or misspelling within the requested information.

Respectfully Submitted,

Basil Peter Herbst
Prisoner No. 09740-046

Basil Peter Herbst                                      Sept. 14, 2013
U.S. Penitentiary, Tucson
P.O. Box 24550
Tucson, Az.   85734
Reg. No. 09740-046

Dear Mr. Merchant,

My name is Basil Peter Herbst and, you was appointed to be my counsel when I was in Federal Court when I was arrested in July 2007.  Case Number: 08-30434.

Please find enclosed a standard form we should file with law-offices, attorney's, and Courts and businesses when requesting certain types of information.  Such as Medical, Psychology, and Legal matters.

I have listed the appropiate information within the Freedom of Information Act Form, which describes the certain information that I am requesting at this time.

I greatly appreciate your time and cooperation with my request.

I thank you in advance for your time and patience with this matter of concern.

I look forward to hearing from you shortly.

                                        Respectfully Requested,

                                        *[signature]*
                                        Basil Peter Herbst
                                        Prisoner No. 09740-046

CERTIFICATE OF SERVICE

I, Basil Peter Herbst , hereby certify that I have served a true and correct copy of the foregoing:
Requested information from the Court


Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L. ED. 2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope adressed to:


and deposited same in the United Sates Postal Mail at the United States Penitentiary,

Signed this 26 day of March ,2014

Respectfully Submitted

*[signature]*

Basil Peter Herbst
(printed name)
REG. NO. 09740-046

-5-

CERTIFICATE OF SERVICE

I, Basil Peter Herbst, hereby certify that I have served a true and correct copy of the foregoing:
Requested information from the Court

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L. ED. 2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope adressed to:

District Of Montana
PO BOX 8537
Clerk U S District Court
Missoula, MT 59807
United States

and deposited same in the United Sates Postal Mail at the United States Penitentiary,

Signed this 26 day of March, 2014

Respectfully Submitted

*[signature]*

Basil Peter Herbst

(printed name)

REG. NO. 09740-046